**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| ZERRIUS BOYD, SR., | : | No. 20 WM 2023 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PRESIDENT JUDGE MARIE T. VEON, | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 21st day of June, 2023, the Application for Extraordinary Relief is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.